181 So. 923

**R. H. PEARSON v. STATE.**

**6 Div. 270.**

Court of Appeals of Alabama.
May 10, 1938.

Bealle & Mize and R. C. Price, all of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Affirmed.